1  **STUART BARASCH**
California Bar Number 74108
2  925 - 41ST Street
Miami Beach, FL 33140
3  (305) 673-8366
(800) 445-2930
4  Fax (213) 621-2536
Email: sblawoffice@aol.com
5
Attorney for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  | STEVEN YANG, | CV-F-04-5807 DLB |
| --- | --- |
12  |          Plaintiff(s), | |
13  | v. | PROPOSED MOTION TO DISMISS THE COMPLAINT; AND ORDER |
14  | JO ANNE B. BARNHART, Commissioner of Social Security, | |
15  | | |
16  |          Defendant(s). | |

17

18      PLEASE TAKE NOTICE that Plaintiff Steven Yang, through his attorney of record,

19  petitions this Court to dismiss the complaint filed on June 8, 2004.  The reason for this motion, is

20  that after a thorough review of the administrative record, plaintiff's counsel has come to the

21  conclusion that this case lacks merit.  Plaintiff's has conferred with plaintiff, who has agreed to

22  dismiss his complaint.

23  Dated:   May 11, 2005                              Respectfully submitted,

24

25                                                     _S/ Stuart Barasch_____
                                                       STUART BARASCH
26                                                     Attorney for Plaintiff

27

28

## ORDER

On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be **GRANTED**.

It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.

IT IS SO ORDERED.

**Dated:   May 11, 2005**                        **/s/ Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE